IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| MARKALE SOWELL, | : | Civil No. 3:16-cv-2316 |
|---|---|---|
| Petitioner | : | (Judge Mariani) |
| v. | : | |
| KEVIN KAUFFMAN, et al., | : | |
| Respondents | : | |

## ORDER

**AND NOW**, this 17th day of January, 2019, upon consideration of the petition for writ of habeas corpus (Doc. 1), and in accordance with the Court's Memorandum of the same date, **IT IS HEREBY ORDERED THAT**:

1. The petition for writ of habeas corpus (Doc. 1) pursuant to 28 U.S.C. § 2254 is **DENIED**.

2. All pending motions (Docs. 19, 20) are **DISMISSED**.

3. The Clerk of Court is directed to **CLOSE** this case.

4. There is no basis for the issuance of a certificate of appealability. See 28 U.S.C. § 2253(c).

Robert D. Mariani
United States District Judge